## 35216. MORGAN v. MORGAN.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED AUGUST 30, 1979 — DECIDED SEPTEMBER 26, 1979.

*Steven J. Ross,* for appellant.
*Alembik & Alembik, Judith Alembik,* for appellee.